# United States Court of Appeals
## For the First Circuit

————————————

No. 01-2133

LARKIN D. WATSON IV,

Plaintiff, Appellant,

v.

DEACONESS WALTHAM HOSPITAL, CAREGROUP, INC., LIBERTY LIFE
ASSURANCE CO. OF BOSTON,

Defendants, Appellees.

————————————

**ERRATA SHEET**

The opinion of this court, issued August 8, 2002,
should be amended as follows:

p 3, line 16:    remove "at" before §

p 6, last line:  insert comma after "1999"

p 10, line 22:   insert period after "Cir"

p 16, n.12, line 3: insert "[s]" after "make"

p 23, last line: delete "r" in "3rd"